# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00731-CV

**Denise T. Hodes, Appellant**

**v.**

**Hank I. Hodes, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. FM107575, HONORABLE PETER M. LOWRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed her notice of appeal on December 4, 2003, and the appellate record was filed by January 12, 2004. On March 2, 2004, the Clerk of this Court sent appellant notice that her brief was overdue and that the appeal would be dismissed for want of prosecution if appellant did not respond to this Court by March 8. To date, appellant has not responded to this Court's notice.

We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3.

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Prosecution

Filed: March 25, 2004